UNITED STATES DISTRICT COURT **FILED**
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION        2008 MAR 13 P 2:29

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

CHRISTOPHER FORD,

    Plaintiff,

v.

CASE NO. 5:08-CV-11041
HONORABLE JOHN CORBETT O'MEARA

JAMES QUINLAN,

    Defendant.
_____/

## ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Before the Court is Plaintiff Christopher Ford's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff is a Michigan prisoner currently confined at the G. Robert Cotton Correctional Facility in Jackson, Michigan. In his complaint, Plaintiff challenges the parole procedures and the denial of parole and names Michigan Parole Board member James Quinlan as the sole defendant in this action.

The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972).

1

Pursuant to 28 U.S.C. § 1404(a), a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses, in the interest of justice.

Having reviewed the complaint, the Court finds that the United States District Court for the Western District of Michigan is a more appropriate forum for this action. The defendant resides in Ingham County for purposes of the present complaint. Ingham County lies in the Southern Division of the Western District of Michigan. 28 U.S.C. § 102(b).

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer this case to the United States District Court for the Western District of Michigan. 28 U.S.C. §§ 1391(b) and 1404(a). The Court makes no determination on Plaintiff's application to proceed without prepayment of fees and costs or the merits of his complaint.

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2008